**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00388-LTB-KMT

LEONID SHIFRIN a/k/a LEO SHIFRIN (pro se),

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE,
ERIN TOLL and PAUL MARTINEZ, all in their official and individual capacities,

    Defendants.
_____

**ORDER**
_____

    This case is before me upon the Recommendation of the Magistrate Judge that Plaintiff's "Request for Emergency Temporary Restraining Order" (Doc 6) be denied. The recommendation was issued and served on April 10, 2008 (Doc 14). Plaintiff has filed timely written objections to the Magistrate Judge's recommendation (Doc 16). I have considered the Plaintiff's objections in light of the Magistrate Judge's recommendation, the record, and file in this action, and upon such *de novo* review, I conclude that the recommendation is correct. Accordingly

    IT IS ORDERED that Plaintiff's "Request for Emergency Temporary Restraining Order" (Doc 6) is DENIED.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED: May 9, 2008