IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00388-LTB-KMT

LEONID SHIFRIN AKA Leo Shifrin (pro-se),

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE.
ERIN TOLL, and
PAUL MARTINEZ,
all in their individual and official capacities,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Protective Order to the Division of Real Estate's Requests to Mark Shifrin" (#17, filed May 5, 2008) and "Motion for Protective Order to the Division of Real Estate's Requests to Mark Shifrin" (#18, filed May 5 2008) are DENIED. The requests are not related to this case, and therefore this court has no jurisdiction.

Dated: May 13, 2008