IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00388-LTB-KMT

LEONID SHIFRIN AKA Leo Shifrin (pro-se),

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE.
ERIN TOLL, and
PAUL MARTINEZ,
all in their individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Unopposed Motion to Vacate Scheduling Conference and to Stay Discovery and Disclosures Pending Determination of Defendants' Motion to Dismiss or Abstain" (#21, filed May 8, 2008) is GRANTED. The Scheduling Conference set for June 26, 2008 is VACATED.

Dated: May 20, 2008