**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00388-LTB-KMT

LEONID SHIFRIN a/k/a LEO SHIFRIN (pro se),

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE,
ERIN TOLL and PAUL MARTINEZ, all in their official and individual capacities,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on September 10, 2008 (Doc 31). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1. Defendants' Motion to Dismiss or to Abstain (Doc 12) is GRANTED and this case is DISMISSED in its entirety for failure to state a claim upon which relief can be granted.

2. Plaintiff's Combined Update of State Case, Request to Begin Discovery and Renewed Motion for Injective [sic] Relief (Doc 28) is DENIED.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: September 30, 2008